Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Charmaine Burnett

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHARMAINE BURNETT<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK<br><br>Defendant | Case No.: 2:19-cv-01959-WBS-DB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SYNCHRONY BANK PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Charmaine Burnett, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Synchrony Bank as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Synchrony Bank has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: December 27, 2019                    Gale, Angelo, Johnson, & Pruett, P.C.

By: _____/s/ Joe Angelo_____
Joe Angelo
Attorneys for Plaintiff
Charmaine Burnett